**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 18-64456 |
| | ) | |
| ALIYA HIBA ABDULLAH, | ) | |
| | ) | CHAPTER 13 |
| Debtor. | ) | |

**MOTION FOR EMERGENCY HEARING ON
DEBTOR'S MOTION TO IMPOSE AUTOMATIC STAY**

Comes now the above Debtor, ALIYA HIBA ABDULLAH, herein moves this Honorable Court to grant an emergency hearing on Debtor's Motion to Impose Automatic Stay which was filed on August 29, 2018 (Doc. No. ).

1.

This case was filed voluntarily under Chapter 13 of the Bankruptcy Code on August 29, 2018 and Debtor's Chapter 13 case has not yet been confirmed.

2.

Debtor has filed this Motion for Emergency Hearing on his Motion to Impose Automatic Stay because Debtor's homes are scheduled for a foreclosure sale on September 4, 2018. Debtor requests that an emergency hearing be held on his Motion to Impose Automatic Stay so Debtor can request that the automatic stay be imposed to prevent a foreclosure of her home and to allow her to pay her mortgage arrears through her Chapter 13 Plan.

WHEREFORE, the Debtor prays that an emergency hearing be held on the pending Motion to Impose Automatic Stay.

This 29th day of August, 2018

_____/s/_____
Howard Slomka
Georgia Bar # 652875
Slipakoff and Slomka, P.C.
Attorney for Debtor
2859 Paces Ferry Road, SE
Suite 1700
Atlanta, GA 30339
Tel. 404-800-4001

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 18-64456 |
| | ) | |
| ALIYA HIBA ABDULLAH | ) | |
| | ) | CHAPTER 13 |
| Debtor. | ) | |

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served a copy of the within and foregoing MOTION FOR EMERGENCY HEARING ON DEBTOR'S MOTION TO IMPOSE AUTOMATIC STAY in the above styled case by fax, email and/or depositing same in the United States mail with the adequate postage affixed thereto to insure delivery addressed as follows:

Carrington Mortgage Services, LLC
Attn: Lucretia L. Scruggs, Esq.
1600 South Douglass Road
Anaheim, CA 92806
(Served via email: lscruggs@logs.com)

Primary Residential Mortgage, Inc.
Mac 220
P.O. Box 1890
Colorado City, AZ 86021
(served Via Fax at 972-459-1611)

Barrett Daffin Frappier Turner & Engel, LLP
Attn: Brandi Lesesne
4004 Belt Line Road
Suite 100
Addison, TX 75001
(served via email to: GA. ND.ECF@BDFGroup.com)

This 29th day of August, 2018

/s/ _____
Howard Slomka

Georgia Bar # 652875
Slipakoff and Slomka, P.C.
Attorney for Debtor
2859 Paces Ferry Road, SE
Suite 1700
Atlanta, GA 30339
Tel. 404-800-4001