**IT IS ORDERED as set forth below:**

**Date: August 30, 2018**

_____
**Wendy L. Hagenau
U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 18-64456-WLH |
| | ) | |
| ALIYA HIBA ABDULLAH | ) | |
| | ) | CHAPTER 13 |
| Debtor. | ) | |

**ORDER AND NOTICE OF HEARING**

On August 29, 2018, Debtor filed a Motion for Emergency Hearing (Doc. No. 8), seeking an emergency hearing on Debtor's Motion to Impose Automatic Stay (Doc. No. 7). For good cause shown, it is hereby

ORDERED that Debtor's Motion for Emergency Hearing is **GRANTED**. A hearing on Debtor's Motion to Impose Automatic Stay (Doc. No. 7) will be held on Sept 4, 2018, at 08:30 A.M. in Courtroom 1403, United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303. Debtor's counsel is directed to serve this Order and Notice by e-mail, facsimile, or over-night mail on the Chapter 13 Trustee and the applicable parties and shall file a certificate evidencing such service within one day thereafter.

**END OF DOCUMENT**

Prepared by:

__/s/_____
Howard Slomka
Georgia Bar # 652875
Slipakoff and Slomka, P.C.
Attorney for Debtor
2859 Paces Ferry Road, SE
Suite 1700
Atlanta, GA 30339